**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――

**No. 03-6939**

―――――――

GERARD VALMORE BROWN,

Petitioner - Appellant,

versus

STEPHEN DEWALT, Warden; FEDERAL BUREAU OF
PRISONS,

Respondents - Appellees.

―――――――

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CA-03-371-H-5)

―――――――

Submitted: August 28, 2003      Decided: September 10, 2003

―――――――

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――

Affirmed by unpublished per curiam opinion.

―――――――

Gerard Valmore Brown, Appellant Pro Se.

―――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Gerard Valmore Brown, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by of the district court. See Brown v. DeWalt, No. CA-03-371-H-5 (E.D.N.C. June 5, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2